UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: 08-cv-00266-ARH

| | |
|---|---|
| BRIAN ENGLERT,<br><br>    Plaintiff,<br>v.<br><br>CREDIT CONTROL, LLC.,<br><br>    Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br>JURY TRIAL DEMANDED |

IT IS HEREBY AGREED to by the Plaintiff and His attorney, Jeffrey L. Suher, P.C. and Jeffrey L. Suher, Esquire, that the above-entitled action against Defendant shall be and is hereby dismissed with prejudice.

                                                              Respectfully submitted,

Dated:  June 20, 2008                       **JEFFREY L. SUHER, P.C.**

                                                            By:  **s/Jeffrey L. Suher**
                                                            Jeffrey L. Suher, Esquire
                                                            Attorney I.D.#74924
                                                            4328 Old William Penn Highway, Suite 2J
                                                            Monroeville, PA 15146
                                                            Telephone:  (412) 374-9005
                                                            Facsimile: (412) 374-0799
                                                            lawfirm@jeffcanhelp.com


                                                           Attorney for Plaintiff